**DISMISS; and Opinion Filed November 3, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01258-CR

**JERRY ANTOINE NOLAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00427-M**

## MEMORANDUM OPINION
Before Bridges, Francis, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

151258F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JERRY ANTOINE NOLAN, Appellant

No. 05-15-01258-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-00427-M.
Opinion delivered per curiam befire Justices Bridges, Francis, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 3rd day of November, 2015.